UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GARCIA,

    Plaintiff,

v.

RALPH DIAZ, et al.,

    Defendants.

No. 2:20-cv-2337 CKD P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's claims arise from events occurring at Ironwood State Prison where plaintiff still resides. Ironwood State Prison is located within the jurisdiction of the United States District Court for the Central District of California. While plaintiff names some people as defendants who appear to reside in Sacramento, plaintiff fails to state actionable claims against these defendants. Plaintiff challenges their processing of inmate grievances, but plaintiff has no right to have grievances resolved in any particular way. Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003). Further, plaintiff fails to allege any Sacramento defendant was personally involved in a violation of plaintiff's federal rights and there can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. Rizzo v. Goode, 423 U.S. 362 (1976).

/////

1    Good cause appearing, and in the interest of justice, the court will transfer this action to
2 the Central District.  See 28 U.S.C. §1404.
3    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4 States District Court for the Central District of California.
5 Dated:  December 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
garc2337.21a

2